Jeffrey D. Larkin, Esq. #228684
DOAN, LEVINSON & LILJEGREN, LLP
2850 Pio Pico Drive #D
Carlsbad, CA 92008
(760) 720-6042 phone
(760) 720-6082 fax
jeff@dllfirm.com

Attorney for Debtor, MAURICE TUCKER

UNITED STATES BANKRUPTCY COURT

SOUTHERN CALIFORNIA OF SOUTHERN DISTRICT

| | |
|---|---|
| In re<br><br>MAURICE TUCKER<br><br>Debtor. | MOTION TO AVOID<br>A JUDICIAL LIEN<br>ON NON PURCHASE MONEY<br>SECURITY INTERESTS<br><br>Case No. 07-01609-JM7<br><br>Chapter Seven (7) |

1) Debtor, Maurice Tucker, commenced this case on March 30, 2007 by filing a voluntary petition for relief under chapter 7 of Title 11 of the United States Code.

2) Prior to the filing date, judgement was entered in Superior Court of California, San Diego County against the debtor, Maurice Tucker and in favor of Freedom Stores, Inc.

3) Beginning with debtor's February 28, 2007 LES and continuing thru April 30, 2007, Mr. Tucker's wages were garnished in the amount of $1,088.71 (See Exhibit "A").

4) The garnishment lien is a judicial lien.

5) The garnished wages have been fully disclosed in the schedules, are considered estate property, and have been fully claimed as exempt.

6) Per 11 USC 522(f)(1)(A), the debtor has an unqualified right to avoid any judicial lien that impairs an exemption.[1]

7) Since the judicial lien impairs the forgoing estate property which has been claimed fully exempt, it may be avoided by the Debtor.

WHEREFORE, the Debtors pray for an Order avoiding the Judicial Lien of Freedom Stores, Inc. on the garnished wages and releasing the same, as well as removing the lien on any and all other personal and real property the debtor has disclosed in his schedules, and for which a copy of said order may be recorded so as to nullify any previous recording of said lien, and to prevent the attachment of said lien to any and all property acquired by the debtor post petition.

DATED: June 12, 2007                /s/ ecf Jeffrey D. Larkin
                                    JEFFREY D. LARKIN, Attorney for DEBTOR

---

[1] (1) Notwithstanding any waiver of exemptions but subject to paragraph (3), the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled under subsection (b) of this section, if such lien is—

(A) a judicial lien, other than a judicial lien that secures a debt—

    (i) to a spouse, former spouse, or child of the debtor, for alimony to, maintenance for, or support of such spouse or child, in connection with a separation agreement, divorce decree or other order of a court of record, determination made in accordance with State or territorial law by a governmental unit, or property settlement agreement; and

    (ii) to the extent that such debt—

        (I) is not assigned to another entity, voluntarily, by operation of law, or otherwise; and

        (II) includes a liability designated as alimony, maintenance, or support, unless such liability is actually in the nature of alimony, maintenance or support.;

# EXHIBIT "A"

# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) TUCKER, MAURICE J | 2 SSN | 3 RANK CPL | 4 SERV USMC | 5 PLT CODE MTAC | 6 DATE PREP 20070222 | 7 PRD COVERED 1-28 FEB | 8 PEBD 20020703 | 9 YRS 04 | 10 EAS 20091029 | 11 ECC 20091029 | 12 MCC DIST KA1 | RUC 33808 |

| B FORECAST AMOUNTS | 13 DATE 20070315 | AMOUNT $ 540.65 | 14 DATE 20070330 | AMOUNT $ 532.67 | C SPLIT PAY | 15 START DATE | 16 AMOUNT $ .00 | 17 BALANCE $ .00 | 18 POE 12011 | D. DIRECT DEPOSIT/EFT/ADDRESS PACIFIC MARINE CREDIT UNION MCX COMPLEX CAMP PENDLETON   CA 920550000 |

| E | LEAVE INFORMATION | | | | | | | | F | AVIATION PAY INFORMATION |

| 19 LV BF | 20 EARNED | 21 USED | 22 EXCESS | 23 BAL | 24 MAX ACCRUAL | 25 LOST | 26 SOLD AS OF | 27 CBT LV BAL | 28 ASED | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32 OPFLY GATE INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47.5 | 2.5 | 0 | .0 | 50.0 | 80.0 | .0 | 00000000 | 3.0 | 00000000 | | | | 0000 |

| G | TAX INFORMATION | | H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT YOU HAVE THE RIGHT TO: |

| 33 STATE TAX | 34 FEDERAL TAX | 35 FICA (SOCIAL SECURITY TAX) | |
|---|---|---|---|
| STATE CODE        SC<br>EXEMPTIONS      S 00<br>WAGES THIS PRD  $1978.50<br>WAGES YTD       $3746.53<br>STATE TAX YTD    $159.64 | EXEMPTIONS      S 00<br>WAGES THIS PRD  $1978.50<br>WAGES YTD       $3746.53<br>FED TAX YTD     $286.00 | SSEC WAGES THIS PRD   $1978.50<br>SSEC WAGES YTD        $3746.53<br>SSEC TAX YTD           $232.28<br>MEDICARE WAGES THIS PRD $1978.50<br>MEDICARE WAGES YTD    $3746.53<br>MEDICARE TAX YTD         $54.32 | -INSPECT AND COPY RECORDS PERTAINING TO DEBT<br>-QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE<br>-NEGOTIATE A REPAYMENT SCHEDULE<br>-REQUEST A WAIVER OF DEBT<br><br>MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND. |

| I | ADDITIONAL BAH INFORMATION | | | | | | J CAREER SEA PAY | | K EDUCATION DEDUCTION | | L ADMIN INFO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP | 38 | 39 | 40 | 41 | 42 | 43 DATE  TOTAL CAREER SEA SVC 00000000   00 YRS  00 MO  00 DA | 44 TYPE MGIB | 45 MONTHLY AMT $ .00 | 46 TOTAL $ 1200.00 | 47 PAY STATUS 00000 |

| M | RESERVE DRILL INFORMATION | | | | N | RESERVE RETIREMENT INFORMATION | | | | 48 PAY GROUP 00013 | 49 CRA DATE 20020703 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 REG | 53 REG FYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58 BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN 6187 |

| 66 AFADBD 20020703 | 67 DEAF 20020420 | 68 TSP TAX DEFERRED $ .00 | 69 TSP TAX EMEMPT $ .00 | 70 |

O REMARKS

```
    BROUGHT FWD                .00
          ENTITLEMENTS
    BASIC PAY             1,978.50    TAXABLE FOR FITW, SITW & FICA
    BAH PARTIAL               8.10
    BAS (MONTHLY)           279.88
             TOTAL         2,266.48
          DEDUCTIONS
    REPAY LOAN               56.92
    FITW  (FED TAX)         232.53
    SOCIAL SECURITY         122.66
    MEDICARE                 28.68
    SITW (STATE TAX SC)     113.50
    SGLI $400,000            28.00
    TSGLI                     1.00
    BAS DISC MEAL RATE      222.60
    USN/MC RET HOME            .50
 →  COMM GARNISHMENT        362.91    GARNISHMENT 362.91
                                      FREEDOM ACCEPTANCE CORP
    AAFES DEBT              234.13    ED 20070221
             TOTAL         1,403.43
          PAYMENTS                  DATE        DSSN      VOU          RUC/PRNO
    REGULAR PAYMENT         540.64  20070215    6102      0000030009   00001009
    REGULAR PAYMENT         322.41  20070301    6102      0000030010   00001010
             TOTAL           863.05
    CARRIED FWD                .00
    MBR IS ENTITLED TO CONUS COLA.  COMPUTED AMT IS $0.00
    FED TAX PLAN CHANGED TO S-00 EFF 20070201
    AN AAFES DEBT OF $ 234.13 HAS BEEN DEDUCTED FROM YOUR END-MONTH PAYMENT.
    ** RETIREMENT PLAN REFLECTS:  BLANK**
    "MARINES NEEDED FOR EAD RECRUITING AND RECRUITER ASSISTANCE.
    EARN PROMOTION POINTS, SPEND 30 DAYS AT HOME AND INCREASE
    PROMOTION CHANCES.  VISIT HTTPS://WEB.MCRC.USMC.MIL/PTAD.HTM."
    "YOUR 2006 FEDERAL AND STATE INCOME TAXES ARE DUE!  FOR FREE
    TAX ASSISTANCE AND ELECTRONIC FILING, TAKE YOUR W-2 FORM TO
    YOUR INSTALLATION TAX ASSISTANCE CENTER OR SUPPORTING LEGAL
    ASSISTANCE OFFICE.  DON'T DELAY - FILE TODAY!
    "BUILD WEALTH NOT DEBT.  THE DOD FINANCIAL READINESS CAMPAIGN
    ENCOURAGES YOU TO PARTICIPATE IN MILITARY SAVES WEEK
    25 FEBRUARY-04 MARCH BY ENROLLING AT WWW.MILITARYSAVES.ORG"
    "JUST GET MARRIED?  SHARE THE GOOD NEWS WITH YOUR PERSONNEL
    OFFICE.  THEY'LL MAKE SURE YOU GET PAID RIGHT."
    "WWW.MILITARYONESOURCE.COM HAS FREE FEDERAL AND STATE TAX
    PREPARATION AND FILING.  LOG ON OR CALL 1-800-342-9647 TODAY."
```

DFAS-KC 7220/39 (REV 1-04)  WWW.DOD.MIL/DFAS   EFT INFO-DFAS-KC 1-800-594-8302

# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) TUCKER, MAURICE J | | 2 SSN | 3 RANK CPL | 4 SERV USMC | 5 PLT CODE MTAC | 6 DATE PREP 20070323 | 7 PRD COVERED 1-31 MAR | 8 PEBD. 20020703 | 9 YRS 04 | 10 EAS 20091029 | 11 ECC 20091029 | 12 MCC DIST  RUC KA1    33808 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B FORECAST AMOUNTS | 13 DATE 20070413 | AMOUNT $ 540.65 | 14 DATE 20070501 | AMOUNT $ 540.62 | C SPLIT PAY | 15 START DATE | 16 AMOUNT $    .00 | 17 BALANCE $    .00 | 18 POE 12011 | D. DIRECT DEPOSIT/EFT/ADDRESS PACIFIC MARINE CREDIT UNION MCX COMPLEX CAMP PENDLETON    CA 920550000 | | | |

| E | LEAVE INFORMATION | | | | | | | | | | F | AVIATION PAY INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 LV BF | 20 EARNED | 21 USED | 22 EXCESS | 23 BAL | 24 MAX ACCRUAL | 25 LOST | 26 SOLD AS OF | 27 CBT LV BAL | 28 ASED | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32  OPFLY GATE INFORMATION 0000 |
| 50.0 | 2.5 | 0 | .0 | 52.5 | 77.5 | .0 | .0    00000000 | 3.0 | 00000000 | | | | |

| G | | TAX INFORMATION | | | | H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT YOU HAVE THE RIGHT TO: |
|---|---|---|---|---|---|---|
| 33 STATE TAX | | 34 FEDERAL TAX | | 35 FICA (SOCIAL SECURITY TAX) | | -INSPECT AND COPY RECORDS PERTAINING TO DEBT -QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE -NEGOTIATE A REPAYMENT SCHEDULE -REQUEST A WAIVER OF DEBT  MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND. |
| STATE CODE EXEMPTIONS WAGES THIS PRD WAGES YTD STATE TAX YTD | SC S 00 $1978.50 $5725.03 $273.14 | EXEMPTIONS WAGES THIS PRD WAGES YTD FED TAX YTD | S 00 $1978.50 $5725.03 $518.53 | SSEC WAGES THIS PRD SSEC WAGES YTD SSEC TAX YTD MEDICARE WAGES THIS PRD MEDICARE WAGES YTD MEDICARE TAX YTD | $1978.50 $5725.03 $354.95 $1978.50 $5725.03 $83.01 | |

| I | ADDITIONAL BAH INFORMATION | | | | | J CAREER SEA PAY | | K EDUCATION DEDUCTION | | L ADMIN INFO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP | 38 | 39 | 40 | 41 | 42 | 43 DATE   TOTAL CAREER SEA SVC 00000000    00 YRS   00 MO    00 DA | 44 TYPE MGIB | 45 MONTHLY AMT $    .00 | 46 TOTAL $ 1200.00 | 47  PAY STATUS 00000 |

| M | RESERVE DRILL INFORMATION | | | | | N | RESERVE RETIREMENT INFORMATION | | | | | 48 PAY GROUP 00013 | 49 CRA DATE 20020703 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 REG | 53 REG FYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58  BF ANNYTD | 59 ACDU THIS PRD | 60  DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN 6187 |

| 66 AFADBD 20020703 | 67   DEAF 20020420 | 68 TSP TAX DEFERRED $    .00 | 69 TSP TAX EMEMPT $    .00 | 70 | |
|---|---|---|---|---|---|

```
O REMARKS
    BROUGHT FWD              .00
         ENTITLEMENTS
    BASIC PAY            1,978.50    TAXABLE FOR FITW, SITW & FICA
    BAH PARTIAL              8.10
    BAS (MONTHLY)          279.88
               TOTAL     2,266.48
         DEDUCTIONS
    REPAY LOAN              56.92    329 NMCRS ARLINGTON
    FITW  (FED TAX)        232.53
    SOCIAL SECURITY        122.67
    MEDICARE                28.69
    SITW (STATE TAX SC)    113.50
    SGLI $400,000           28.00
    TSGLI                    1.00
    BAS DISC MEAL RATE     246.45
    USN/MC RET HOME           .50
→   COMM GARNISHMENT       362.90    GARNISHMENT 362.90
                                     FREEDOM ACCEPTANCE CORP
               TOTAL     1,193.16
         PAYMENTS              DATE       DSSN       VOU         RUC/PRNO
    REGULAR PAYMENT        540.65    20070315   6102    0000030011    00001011
    REGULAR PAYMENT        532.67    20070330   6102    0000030012    00001012
               TOTAL     1,073.32
    CARRIED FWD              .00
    MBR IS ENTITLED TO CONUS COLA.  COMPUTED AMT IS $0.00
    ** RETIREMENT PLAN REFLECTS:  BLANK**
    "OUR NATION IS AT WAR - OUR CORPS IS AT WAR - FIGHTING A
    DETERMINED ENEMY BENT ON TERROR AND DOMINATION. NOW, MORE THAN
    EVER, YOUR MARINE CORPS NEEDS YOU. MANY OF YOU HAVE ALREADY
    SACRIFICED A GREAT DEAL - AND HAVE ALREADY SERVED YOUR COUNTRY
    IN A COURAGEOUS AND HONORABLE MANNER. AMERICA AND YOUR CORPS
    STILL NEEDS YOU, AND I ASK THAT YOU REENLIST OR EXTEND YOUR
    COMMITMENT TO HELP US DEFEAT THIS ENEMY AND SEE US THROUGH
    THIS CRISIS. I HAVE AUTHORIZED NEW INCENTIVES FOR YOUR
    EXTENSION/REENLISTMENT IN RECOGNITION OF YOUR EXPERIENCE AND
    HONORABLE SERVICE. CONTACT YOUR CO OR 1STSGT FOR MORE
    INFORMATION. SEMPER FIDELIS, JAMES T. CONWAY, GENERAL, USMC."
    "COMBAT ZONE TAX EXCLUSION WAS APPROVED FOR MEMBERS WHO WERE
    IN SOMALIA FOR OEF/OIF ON OR AFTER JAN 2004. PLEASE SEE YOUR
    SERVICING DISBURSING/FINANCE OFFICE IF THIS APPLIES TO YOU."
```

DFAS-KC 7220/39 (REV 1-04)  WWW.DOD.MIL/DFAS     EFT INFO-DFAS-KC 1-800-594-8302

# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) TUCKER, MAURICE J | 2 SSN | 3 RANK CPL | 4 SERV USMC | 5 PLT CODE MTAC | 6 DATE PREP 20070419 | 7 PRD COVERED 1-30 APR | 8 PEBD 20020703 | 9 YRS 04 | 10 EAS 20091029 | 11 ECC 20091029 | 12 MCC DIST KA1 | RUC 33808 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B FORECAST AMOUNTS | 13 DATE 20070515 | AMOUNT $569.11 | 14 DATE 20070601 | AMOUNT $561.13 | C SPLIT PAY | 15 START DATE | | 16 AMOUNT $.00 | 17 BALANCE $.00 | 18 POE 12011 | D. DIRECT DEPOSIT/EFT/ADDRESS PACIFIC MARINE CREDIT UNION MCX COMPLEX CAMP PENDLETON   CA 920550000 | | |

| E | LEAVE INFORMATION | | | | | | | | F | AVIATION PAY INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 LV BF 52.5 | 20 EARNED 2.5 | 21 USED 0 | 22 EXCESS .0 | 23 BAL 55.0 | 24 MAX ACCRUAL 75.0 | 25 LOST .0 | 26 SOLD AS OF 00000000 | 27 CBT LV BAL 3.0 | 28 ASED 00000000 | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32 OPFLY GATE INFORMATION 0000 |

| G | TAX INFORMATION | | | H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT YOU HAVE THE RIGHT TO: |
|---|---|---|---|---|
| 33 STATE TAX | 34 FEDERAL TAX | 35 FICA (SOCIAL SECURITY TAX) | | -INSPECT AND COPY RECORDS PERTAINING TO DEBT -QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE -NEGOTIATE A REPAYMENT SCHEDULE -REQUEST A WAIVER OF DEBT |
| STATE CODE SC EXEMPTIONS S 00 WAGES THIS PRD $1978.50 WAGES YTD $7703.53 STATE TAX YTD $386.64 | EXEMPTIONS S 00 WAGES THIS PRD $1978.50 WAGES YTD $7703.53 FED TAX YTD $751.06 | SSEC WAGES THIS PRD $1978.50 SSEC WAGES YTD $7703.53 SSEC TAX YTD $477.62 MEDICARE WAGES THIS PRD $1978.50 MEDICARE WAGES YTD $7703.53 MEDICARE TAX YTD $111.70 | | MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND. |

| I | ADDITIONAL BAH INFORMATION | | | | | J CAREER SEA PAY | | K EDUCATION DEDUCTION | | | L ADMIN INFO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP | 38 | 39 | 40 | 41 | 42 | 43 DATE 00000000 | TOTAL CAREER SEA SVC 00 YRS 00 MO 00 DA | 44 TYPE MGIB | 45 MONTHLY AMT $.00 | 46 TOTAL $1200.00 | 47 PAY STATUS 00000 |

| M | RESERVE DRILL INFORMATION | | | | | N | RESERVE RETIREMENT INFORMATION | | | | | | 48 PAY GROUP 00013 | 49 CRA DATE 20020703 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 REG | 53 REG FYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58 BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN 6187 |
| 66 AFADBD 20020703 | | 67 DEAF 20020420 | | 68 TSP TAX DEFERRED $.00 | | 69 TSP TAX EMEMPT $.00 | 70 | | | | | | | | |

```
O REMARKS
   BROUGHT FWD                    .00
      ENTITLEMENTS
   BASIC PAY                 1,978.50   TAXABLE FOR FITW, SITW & FICA
   BAH PARTIAL                   8.10
   BAS (MONTHLY)               279.88
              TOTAL          2,266.48
      DEDUCTIONS
   REPAY LOAN                   56.92   329 NMCRS ARLINGTON
                                        STOP 20070430
   FITW  (FED TAX)             232.53
   SOCIAL SECURITY             122.67
   MEDICARE                     28.69
   SITW (STATE TAX SC)         113.50
   SGLI $400,000                28.00
   TSGLI                         1.00
   BAS DISC MEAL RATE          238.50
   USN/MC RET HOME               .50
→  COMM GARNISHMENT            362.90   GARNISHMENT  362.90
                                        FREEDOM ACCEPTANCE CORP
              TOTAL          1,185.21
      PAYMENTS                           DATE      DSSN      VOU         RUC/PRNO
   REGULAR PAYMENT             540.65   20070413   6102   0000030013   00001013
   REGULAR PAYMENT             540.62   20070501   6102   0000030014   00001014
              TOTAL          1,081.27
   CARRIED FWD                    .00
   MBR IS ENTITLED TO CONUS COLA.  COMPUTED AMT IS $0.00
   ** RETIREMENT PLAN REFLECTS:  BLANK**
   "EFFECTIVE 1 APRIL 2007, DFAS CLEVELAND'S BONDS UNIT, WILL
   ASSUME RESPONSIBILITY FOR PROCESSING ALL REQUESTS FOR BONDS
   HELD IN SAFEKEEPING.  THEY CAN BE REACHED AT (216)522-5880."
   "YOUR PERSONNEL OFFICE WANTS TO HEAR FROM YOU.  UPDATE YOUR
   DEPENDENCY STATUS.  IT MAY BE WORTH SOMETHING TO YOU."
   "TSP CONTRIBUTION LIMITS HAVE CHANGED FOR 2007 - GO TO
   HTTP://WWW.TSP.GOV/CURINFO/QSAS-LIMITS.HTML#Q1 TO LEARN MORE.
   (USE LOWER CASE EXCEPT THE LETTER Q IN Q1.)"
   "MARINES NEEDED FOR EAD RECRUITING AND RECRUITER ASSISTANCE.
   VISIT HTTPS://WEB.MCRC.USMC.MIL/PTAD.HTM FOR LOCATIONS."
   "DFAS WILL E-MAIL YOU A NOTICE WHEN A CHANGE TO YOUR PAY
   ACCOUNT IS MADE VIA MYPAY, BUT ONLY IF YOUR E-MAIL IS ON
   FILE IN MYPAY AND CURRENT.  GO TO THE MYPAY MAIN MENU,
   CLICK ON 'E-MAIL ADDRESS' AND VERIFY."
```

DFAS-KC 7220/39 (REV 1-04) WWW.DOD.MIL/DFAS    EFT INFO-DFAS-KC 1-800-594-8302