CSD 1001A [08/22/03]
Name, Address, Telephone No. & I.D. No.
JEFFREY D. LARKIN, SBN# 228684
DOAN, LEVINSON & LILJEGREN, LLP
2850 PIO PICO DR., SUITE D
CARLSBAD, CA 92008
PHONE:(760) 720-6042
FAX:  (760) 720-6082

Order Entered on
July 05, 2007
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

MAURICE TUCKER

                                              Debtor.

BANKRUPTCY NO. 07-01609-JM7

Date of Hearing:
Time of Hearing:
Name of Judge: MEYERS

## ORDER ON MOTION TO AVOID JUDICIAL LIEN ON NON-PURCHASE MONEY SECURITY

        IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __13__

//

//

//

//

//

//

DATED:  July 03, 2007

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

DOAN, LEVINSON & LILJEGREN, LLP
(Firm name)

By:s/ecf/ Jeffrey D. Larkin
    Attorney for Movant

Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [08/22/03] (Page 2)
ORDER ON MOTION TO AVOID JUDICIAL LIEN ON NON-PURCHASE MONEY SECURITY
DEBTOR: MAURICE TUCKER                                     CASE NO:07-01609-JM7

AND NOW, upon the Debtor's motion to avoid a judicial lien on non-purchase money security interests which Debtor

has received no pleadings in opposition hereto served by Debtor on 6/12/07;

It is hereby ORDERED AND DECREED that the funds held by Freedom Stores, Inc. in the amount of $1,088.71 shall

immediately be released to Attorney Jeffrey D. Larkin, in care of the debtor Maurice Tucker.

CSD 1001A

*Signed by Judge James W. Meyers July 03,2007*